ORIGINAL

FILED

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FEB 4 2014

U.S. COURT OF
FEDERAL CLAIMS

| | | |
|---|---|---|
| INNOVATIVE MANAGEMENT CONCEPTS, INC. | ) ) ) | |
| Plaintiff, | ) ) | 14- 100C |
| v. | ) ) | USCFC No. _____ |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

**COMES NOW** Innovative Management Concepts, Inc. ("IMC"), by and through undersigned counsel and pursuant to Appendix C–Rules 4 through 7 of the Rules of the United States Court of Federal Claims, hereby requests leave of the Court to file under seal its attached Complaint.  IMC's Complaint contains confidential and proprietary information that was covered by a protective order in the preceding GAO protest, *Matter of Innovative Management Concepts, Inc.*, B-408070.2.

**WHEREFORE**, IMC requests leave of the Court to file its Complaint under seal.  IMC has included with this Motion redacted copies which may be made available to the public.

Respectfully submitted,

Dated: February 4, 2013

Eric S. Crusius
James S. Phillips
Kevin P. Joyce

Centre Law Group, LLC
1953 Gallows Road, Suite 650
Vienna, VA 22182
Tel: (703) 288-2800 x 223
Fax: (703) 288-4868
ecrusius@centreconsult.com
jphillips@centreconsult.com
kjoyce@centrelawgroup.com

*Counsel for Plaintiff,*
*Innovative Management Concepts, Inc.*